U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
REC (Rev. 5/1/13)

JUN 0 6 2016

TONY R. MOORE, CLERK

BY _____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Reuben Crisp
_____          Civil Action No. ___**5:16-cv-0789 SECP**___
                Plaintiff

Prisoner # 224117
_____

                VS.                                Judge _____

Warden J. Goodwin, DR Hearn          Magistrate Judge _____
M. Morris, Rn Defendant LACecyc Hamilton
J. Fuller, James LeBlanc - DOC
                        COMPLAINT
        PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.    **Previous Lawsuits**

      a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

            Yes [    ]    No [X]

      b.    If your answer to the preceding question is "Yes," provide the following information.

            1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

                  _____

                  _____

            2.    Name the parties to the previous lawsuit(s):

                  Plaintiffs:  _____

                  Defendants:  _____

            3.    Docket number(s):  _____

            4.    Date(s) on which each lawsuit was filed:  _____

            5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

                  _____

Page 1 of 4

*(Rev. 5/1/13)*

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☒

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a.   **Name of institution and address of current place of confinement:**

_____

b.   Is there a prison grievance procedure in this institution?

Yes ☒    No ☐

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☒    No ☐

2.   If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

*Went Through the First and Second Step of the ARP system – denied,*

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.   **Parties to Current Lawsuit:**

a.   Plaintiff,   *Reuben M. Crisp #224117    H2B*

Address   *670 Bell Hill Rd    Homer, LA 71040-0150*

*(Rev. 5/1/13)*

b.   Defendant, __Dr. Hearn_____, is employed as

__Doctor_____ at __David Wade Correctional Ctr__

Defendant, __Michell Norris_____, is employed as

__RN_____ at __DWCC_____.

Defendant, __Jerry Goodwin_____, is employed as

__1st Warden_____ at __DWCC_____.

Additional defendants, __Mrs. Milwee -DWCC, RN; Dr Bruce Fuller__
__DWCC, Doctor; James LeBlanc -Doc, Baton Rouge, LA__
__LaVecya Hamilton -RN__

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I have filed sick-call after sick-call asking to see Dr. Hearne, with no results. I have neuropathy in both legs and feet from diabetes. I have degenerative arthritis in Left hip. I live in pain night and day. My Left foot, Left Leg muscle, and nerves tingling in both Legs, and Left foot tingles all the time and medical refuses to acknowledge my condition. I had my record released from Parkland hospital, from Dallas, Tx. They were sent to David Wade medical Department. Dr. Hearne and Dr. Fuller refuse to acknowledge the results found and test that were taken. Dr. Hearn and Dr Fuller both refuse to take there own test. Dr. Fuller refuses to give me anything for my muscle pain in my Leg. Dr. Hearne and Mickell Norris, RN both said I would have to learn to Live with the pain. Nerve damage to my Leg is getting Page 3 of 4 worse day by day.

*(Rev. 5/1/13)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

First I request proper medical Treatment. Second whatever the Judge feel is fair in damages in my Case. Third I would like $20,000 from each defendant. Fourth I would like To See Them Fired.

**VI.    Plaintiff's Declaration**

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __25__ day of __May__ , 20 __16__ .

__224117__

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**          **Signature of Plaintiff**

Page 4 of 4

CERTIFICATE of SERVICE

I HEREBY CERTIFY that a true and correct cop) of the forgoing Civil Rights Complaint has been served upon all parties in this Proceeding through the following defendants Via. the U.S. Internal U.S. Mail service on this ___2___ day of JUNE 2016.

MR. James M. LeBlanc. secretary. Dept. of Public safety Correction.
P.O. BOX 94304 capital station
Baton Rouge, LA 70804

MR. Jerry Goodwin, warden of (DWCC)
David Wade Correctional Center
670 Bell Hill Rd.
Homer, LA 71040

Pamela Hearn    (PhYSician)
Bruce Fuller    (physician)
Michelle Norris  (RN)
LaVecya Hamilton (RN)

s/ Reuben Crisp
Reuben Crisp Doc# 224117
David Wade Correctional Center
670 Bell Hill Rd.
Homer, LA. 71040