CASE NUMBER:  DWCC-2015-0961

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>Crisp, Reuben 224117</u>                                <u>N2D</u>
                                                              Living Quarters

Response to request dated 10/12/2015, received in this office on 10/14/2015

I have reviewed your request for administrative remedy in which you claim inadequate medical care. The DWCC physicians are in the best position to determine your course of care. All medical encounters are reviewed by one of the DWCC physicians, and if additional medical intervention is needed, it will be ordered after this review. You were seen by Nurse Martin on 7/7/15 to address your pain concerns and you were referred for a physician evaluation. You were seen by Dr. Hearn on 7/15/15. She documented that you had Diabetic neuropathy and placed you on the pain control medication of Keppra. You made repeat sick call on 8/5/15, 8/19/15, 8/25/15, and 9/4/15 related to this complaint and was evaluated by various nurses. All of these sick calls were reviewed by one of the DWCC physicians with no additional orders given. You signed a refusal for your pain control medication of Keppra on 8/25/15. You had a follow up appointment with Dr. Hearn on 9/16/15. She increased your Keppra at a higher dose, and requested past medical records from Parkland hospital to review. These medical records were obtained on 10/19/15 and reviewed by Dr. Hearn. No additional orders were given after this review. You made repeat sick call with complaints of pain on 9/18/15 and 9/30/15. Both of these sick calls were reviewed by a DWCC physician with no new orders given. You had a recheck with Dr. Hearn on 10/28/15. There have been no further sick calls reporting continued problems after this last physician evaluation. You are encouraged to take pain control medication as directed. If your current dose of pain medication is not sufficient, make repeat sick call so that your medication dose can be adjusted if warranted. Your medical needs are being appropriately addressed.

Prepared by: _Paula Mullmeek_

_11/20/15_
Date

_Angie Huff_
Unit Head

<u>Instructions to Offender:</u> If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER:  DWCC-2015-0961

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO:  <u>Crisp, Reuben    224117</u>                                    <u>DWCC</u>
       Offender Name and Number                              Living Unit

Response to Request Dated 11/23/2015, Received in this Office on 12/14/2015:

Your request for an Administrative review of ARP# DWCC-2015-0961 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your statement has been considered as well as your medical records.  Your medical needs have been met appropriately.  The physician at your facility is your primary care doctor and will determine your treatment plan.  The Medical staff has addressed your concerns in an appropriate manner and in accordance with Health Care Policy # B-06-001 in that final clinical judgments rest with Health Care Authority of the facility.  Medical opinion is controlling.  The care you have received as well as the care you will continue to receive from the Medical staff is determined adequate for your health care concerns. As such, this office has accepted staff's position in this matter and concurs with the response provided at the First Level.  Therefore, administrative intervention is not forthcoming.

Your request for relief is denied.


_____                    _____
              Date                                             Secretary's Signature or His Designee

Form HC-01-A
14 September 2009

Health Care Request Form

○ Institution _____ DWC

| Name | DOC # | Age | Housing | Job Assignment |
|------|-------|-----|---------|----------------|

Rashon Crisp   774117   53   MID 12L

## OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:

Left foot burns and tingles all the time, never stops hurting, can't take the pain anymore,

**Healthcare Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One):  Emergency / Routine Sick Call / Work Related

## New Medications Ordered:

_____

_____

_____

_____ **Total #:** _____

Screener's Signature: _____

☐ No Fees  ☑ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____    Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Offender Signature | DOC # | Date | Witness Signature |
|--------------------|-------|------|-------------------|

Rashon Crisp   774117   7/7/15

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Form HC-510-A
14 September 2009

**Health Care Request Form**

Institution _____

| Name | DOC # | Age | Housing | Job Assignment |
|------|-------|-----|---------|----------------|
| Ruben Crisp | 234117 | 53 | N1 D12 | |

## OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:

My Left foot still hurts Really bad.

**Healthcare Personnel Screening:** Date: _____ Time: 0115 Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____  **Total #:** _____

Screener's Signature: _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____  Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Ruben Crisp | 234117 | 8/5/12 | |
|-------------|--------|--------|--|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution _DWCC_

Reuben Crisp _224117_ _53_ _H1-A_ _Crew 30_

| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Both Hip Hurt and Ache really bad, can barely get up and down. Mattress is Killing me.

**Healthcare Personnel Screening:**  Date: _8/19/15_  Time: _0745_  Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____  **Total #:** ___

Screener's Signature: _____ RN

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____  Total: $ _300_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Reuben Crisp _224117_ _8/19/15_ _____
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Michelle NORRIS, RN

**Form HC-01 A**
**14 September 2009**   ◯ Health Care Request Form   ◯ stitution _Dixon_

_Andrew Crisp_   _224117_   _57_   _HLH_   _Capital_
Name          DOC #       Age    Housing   Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

_My Hip & Lower back is hurting to the Point I can hardly get dressed and can't walk but a little ways. The back to set down._

**Healthcare Personnel Screening:** Date: _8-25-15_ Time: _0725_ Location Seen: _N Inf_

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:** _1_

Screener's Signature: _Pooler RN_

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☒ $2 for Each Prescription Fee: $ _2⁰⁰_  Total: $ _5⁰⁰_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Andrew Crisp_          _224117_   _8/25/15_
Offender Signature          DOC #          Date        Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Form HSC-01-A
14 September 2009

**Health Care Request Form**

Institution _Dwcc_

| | | | | |
|---|---|---|---|---|
| Reber Ch.Sp. | 224117 | 53 | HIA | Crowell |
| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Both my legs I feel hot and ache. Muscle in left leg is pulling for no reason. Feet feel like walking on concrete rocks.

**Healthcare Personnel Screening:** Date: _9/4/15_ Time: _0730_ Location Seen: _N-IN F_

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____   **Total #:** ____

Screener's Signature:

☑ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| | | | |
|---|---|---|---|
| _____ | 224117 | 8/04/15 | _____ |
| Offender Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Jeffery Jackson, Nurse

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

**Institution:**_____

Roshu Chisp   234117   53   144A   Crew
Name         DOC#    Age   Housing  Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Hip Hurting Really bad, Muscles in Calf feeling tight.

**Health Care Personnel Screening:** Date: 01-12-16  Time: 0970  Location Seen: N. Taf

(Circle One) ~~Emergency~~ / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____ **Total #:**_____

Screener's Signature: Hoole RN

☐ No Fees  ☐ $3 Access Fee  ☑ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $6.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Roshu Chisp         234117        1/12/16
Offender's Signature   DOC#          Date      Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

(over on back)

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**    Institution _____

Name _____ DOC # _____ Age ___ Housing ___ Job Assignment ___

### OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:

The muscles in my left thigh and left calf are contracting and pulling for no reason. Soft tissue still hurting all the time, power stops, getting hard to stand & dress

**Healthcare Personnel Screening:** Date: _____ Time: 0835 Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

### New Medications Ordered:

_____

_____

_____

_____ **Total #:** _____

Screener's Signature: _____

☐ No Fees  ☑ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature _____ DOC # _____ Date _____ Witness Signature _____

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy